UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROLYN BRUMLEY | CIVIL ACTION |
| VERSUS | NO. 10-1232 |
| WAL-MART STORES, INC. ET AL. | SECTION "A" (2) |

## ORDER

As ordered by Judge Zainey, Record Doc. No. 21, a **Settlement Conference** is set in this case on **JANUARY 6, 2011 at 2:00 p.m.** before me.

New Orleans, Louisiana, this  __12th__  day of November, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. JAY C. ZAINEY**