UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAROLYN BRUMLEY** | * | **CIVIL ACTION NO. 10-1232** |
| | * | |
| **VERSUS** | * | **SECTION A-2** |
| | * | |
| **WAL-MART STORES, INC., ET AL** | * | |

**************************************

### O R D E R

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____

J U D G E