UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BRUMLEY | * | CIVIL ACTION NO. 10-1232 |
| | * | |
| VERSUS | * | SECTION A-2 |
| | * | |
| WAL-MART STORES, INC., ET AL | * | |

**************************************

### O R D E R

IT IS ORDERED, that the above entitled-and-numbered cause and the same is hereby dismissed with prejudice each party to bear its own costs.

New Orleans, Louisiana, this ___11th___ day of ___January___, 2011.

_____
JUDGE